## Commonwealth *v.* Williams, Appellant.

Submitted April 15, 1971. *Harry F. Swanger,* for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.